RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Sean Mathes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-MJ-00088-EJY |
| Plaintiff, | **STIPULATION TO CLOSE CASE** |
| v. | |
| SEAN MATHES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, that Defendant shall be allowed to withdraw his guilty plea to Count One of the Complaint—Operating a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor. The Government further agrees to amend Count One to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and N.R.S. 484B.653. Defendant's guilty plea shall be entered to the amended charge of Reckless Driving, a violation of 36 CFR § 4.2 and N.R.S. 484B.653, with both parties agreeing the original sentence should stand, and the case should be closed.

This Stipulation is entered into for the following reasons:

1. On June 22, 2022, Defendant entered a plea of guilty plea to Count One of the Complaint—Operating a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor. *See,* ECF No. 12.

2. Following the parties' recommendations, Defendant was sentenced by this Honorable Court to unsupervised probation for a period of one year with special conditions, to include that:

   a. The Defendant pay a mandatory $10 penalty assessment;

   b. The Defendant attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel;

   c. The Defendant successfully complete a substance abuse course.

   d. The Defendant not return to Lake Mead National Recreation Area for a period of six months;

   e. The Defendant not violate any local, state, or federal laws. *See,* ECF No. 11.

3. The plea agreement further stipulated that should the Defendant successfully complete the foregoing conditions within the first six months of his unsupervised probation, and has not violated any local, state, or federal laws during the first six months of his unsupervised probation, Defendant shall be allowed to withdraw his guilty plea to Count One of the Complaint—Operating a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor. The Government agreed to amend Count One to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and N.R.S. 484B.653. Defendant shall be permitted to enter a plea of guilty to the amend Count One charge

of Reckless Driving, a violation of 36 CFR § 4.2 and N.R.S. 484B.653 with both parties recommending the original sentence be imposed as to the amended charge and the case closed.

4. The Defendant has completed all of his requirements within six months (*See,* Ex. A attached hereto).

5. The Defendant has not violated any local, state, or federal laws during the first six months of his unsupervised probation.

DATED this 15th day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON FRIERSON<br>United States Attorney |
| By */s/ Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By */s/ Christopher Burton*<br>Christopher Burton<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: December 15, 2022